UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 18-2535-MWF(PJWx)**                    Dated: **June 25, 2018**

Title:      Gina Lalli -*v*- I.Q. Data International, Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Cheryl Wynn                                             None Present
Relief Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                            None Present

PROCEEDINGS (IN CHAMBERS):          ORDER TO SHOW CAUSE

       In light of the Notice of Settlement filed June 19, 2018, the Court sets a hearing on
Order To Show Cause Re Dismissal for **August 27, 2018 at 11:30 a.m.**  If a stipulated
dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is
needed.  *All other dates are hereby vacated.*

       **IT IS SO ORDERED.**

MINUTES FORM 90                                 Initials of Deputy Clerk __cw__
CIVIL - GEN