JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gina Lalli, | Case No. 2:18-cv-02535-MWF-PJW |
| Plaintiff, | **ORDER ON JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| I.Q. Data International, Inc. and Sunset Vine Tower, Inc., | |
| Defendants. | |

The court, having considered the parties' Stipulation to Dismiss, GRANTS the Stipulation and the suit is dismissed with prejudice, and without fees or costs being awarded to either party.

Dated: 7/19/18

*[signature]*

_____
United States District Judge

Order on Stipulation of Dismissal - 1